1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927
7

8  Attorneys for Defendants

9             UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                  SAN JOSE DIVISION

12 ERNST KATCHOUR,                )
                                  )  No. C 08-0270 JW
13            Plaintiff,           )
                                  )
14       v.                        )
                                  )  **STIPULATION TO DISMISS AND**
15 ROBERT S. MUELLER, III, Director,)  **[PROPOSED] ORDER**
   Federal Bureau of Investigation; MICHAEL )
16 CHERTOFF, Secretary of Department of )
   Homeland Security; FRANCIS D. SICILIANO, )
17 Field Office Director, U.S. Citizenship and )
   Immigration Services; ROSEMARY MELVILLE,)
18 District Director U.S. Citizenship and )
   Immigration Services;          )
19                                )
            Defendants.            )
20 _____ )

21       Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

22 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

23 action without prejudice in light of the fact that the United States Citizenship and Immigration

24 Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to

25 adjudicate such application within 30 days of the dismissal of this action.

26 ///

27 ///

28 ///

Stipulation to Dismiss
C08-0270 JW                                    1

1  Each of the parties shall bear their own costs and fees.

2  Date: March 13, 2008                               Respectfully submitted,

3                                                     JOSEPH P. RUSSONIELLO
                                                      United States Attorney

4

5                                                     _____/s/_____
                                                      EDWARD A. OLSEN[1]
6                                                     Assistant United States Attorney
                                                      Attorneys for Defendants

7

8
                                                      _____/s/_____
9  Date: March 13, 2008                               BERNADETTE CONNOLLY
                                                      Attorney for Plaintiff
10

11                              **ORDER**

12     Pursuant to stipulation, IT IS SO ORDERED.
    The Court terminates all pending deadlines, hearings and motions.  The Clerk shall close this file.
13
    Date:    March 17, 2008                           _____
14                                                    JAMES WARE
                                                      United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26  _____

27     [1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any
    signatures indicated by a "conformed" signature (/S/) within this efiled document.
28

Stipulation to Dismiss
C08-0270 JW                                  2